# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO

**FILED**

JUL 2 5 2024

CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

Darryl D. Moore, Sr

vs.

Davyon Augustus

CIVIL CASE

NO. 1:24CV-923

JUDGE Ruiz

## PRAECIPE FOR ISSUANCE

- [x] ORIGINAL SUMMONS
- [ ] ALIAS SUMMONS
- [ ] THIRD PARTY SUMMONS
- [ ] CERTIFICATE OF JUDGMENT LIEN UPON LANDS AND TENEMENTS §2329.02 ORC
- [ ] CERTIFICATE OF JUDGMENT FOR REGISTRATION IN ANOTHER DISTRICT
- [ ] WRIT OF EXECUTION
- [ ] OTHER (Please Specify) _____

Document to be issued should be uploaded as an attachment to the Praecipe.

If service of summons will be done by certified or ordinary mail, see Local Rule 4.2.

Date: July 25, 2024

By: *Darryl D. Moore, Sr.*

Darryl D. Moore, Sr.

Attorney for Pro Se

revised 02/2009