FILED
10:14 am Oct 22 2024
Clerk U.S. District Court
Northern District of Ohio
Cleveland

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO,
EASTERN DIVISION

| | | |
|---|---|---|
| **DARRYL MOORE** | ) | **CASE NO.: 1:24-CV-00923** |
| | ) | |
| Plaintiff. | ) | **JUDGE: RUIZ** |
| | ) | |
| v. | ) | |
| | ) | |
| **DAVYON AUGUSTUS** | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION TO SERVE DAVYON AUGUSTUS VIA EMAIL

NOW comes Plaintiff Darryl D. Moore, pro se, hereby respectfully moves this honorable Court to allow service upon Defendant Davyon Augustus via email based on the fact that he is refusing to accept court documents via certified mail in an attempt to evade the civil lawsuit.

### STATEMENT OF FACTS

Davyon Augustus has a Civil Stalking and Protection Order against him for stalking and harassment (CV-22-964092) along with an active Federal Civil lawsuit for telecommunication harassment, slander, defamation, and threats via social media (CV-24-00923). The CSPO was granted due to Augustus constant threats and harassment via social media and his phone calls to my former place of employment and personal cellphone. Even though I was granted the CSPO, Augustus continued to harass me nonstop on social media. I was compelled to file a civil lawsuit against him. The civil lawsuit is active.

I filed a report with the FBI and Euclid Police Department against him. This led to me being granted a CSPO against him. He is a threat to my safety and my family.

Augustus refuses the court documents sent to his home address. Each document was sent certified mail with a tracking number. The first document was accepted. Each document after that was returned to my address unopened. I know Augustus lives at that residence. He is a witness in another civil matter in the courtroom of Magistrate Judge Greenberg and his address can be verified by the legal counsel for the Plaintiff in that case. Augustus resides at 5322 Ridgeway Street, Columbia, SC 29203. A wellness check was initiated by me via the Columbia, SC Police Department to verify he still lives at this location.

### RELIEF SOUGHT

I am petitioning the court for permission to serve court documents via email upon the Defendant due to his refusal to accept documents via certified mail.

For such other relief, be it legal or equitable, as the Court in the sound exercise of its discretion deems just.

Respectfully submitted,

Darryl D. Moore, *Pro Se*

## **CONCLUSION**

Based upon the facts set forth above and for the reasons thereby outlined above, the Defendants' *Motion* should be granted.

Respectfully submitted,

/s/ Darryl D. Moore
Darryl D. Moore, *Pro Se*

## **CERTIFICATE OF SERVICE**

It is hereby certified that a true copy of the foregoing *Motion to Serve Davyon Augustus via Email* was made via USPS mail with sufficient postage attached this __11__ day of October 2024.

Office of the Clerk
United States District Court
Northern District of Ohio
Carl B. Stokes United States Court House
801 West Superior Avenue
Cleveland, OH 44113-1830

Davyon Augustus
5322 Ridgeway Street
Columbia, SC 29203

_____
Darryl D. Moore, *Pro Se*