IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

**FILED**
1:28 pm Nov 06 2024
**Clerk U.S. District Court**
**Northern District of Ohio**
**Cleveland**

Darryl D. Moore, Sr. )
_____ )
        Plaintiff )
)
v. ) Civil Action No. CV-24-00923
)
Davyon Augustus )
_____ )
        Defendant )

## REQUEST FOR ENTRY OF DEFAULT

Comes now Darryl D. Moore, Sr. and hereby requests the Clerk to enter a default against the defendant, Davyon Augustus, on the basis that the record in this case demonstrates that there has been a failure to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure.

Respectfully submitted,

*/s/ Darryl D. Moore, Sr.*

Darryl D. Moore, Sr., Pro Se