IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

Darryl D. Moore, Sr.

_____     )
            Plaintiff            )
                                  )
    v.                          )     Affirmation in Support of Request for
                                  )     Certificate of Default
                                  )     Civil Action No. CV-24-00923
                                  )
Davyon Augustus               )
_____     )
            Defendant         )

Darryl D. Moore, Sr. hereby declares as follows:

1. I am the plaintiff in this action.

2. This action was commenced pursuant to Rule 55(a) of the Federal Rules of Civil
Procedure.

3. The time for defendant, Davyon Augustus, to answer or otherwise move with respect to
the complaint herein has expired.

4. Defendant, Davyon Augustus, has not answered or otherwise moved with respect to the
complaint, and the time for defendant, Davyon Augustus, to answer or otherwise move
has not been extended.

5. That defendant, Davyon Augustus, is not an infant or incompetent. Defendant is not
presently in the military service of the United States as appears from facts in this
litigation.

6. Defendant, Davyon Augustus, is indebted to plaintiff, Darryl D. Moore, Sr., in the
following manner:

The Defendant accepted the initial paperwork informing him that he was being sued. In

an attempt to delay this process, he has refused to accept documents mailed to him via

certified mail. The Defendant has a Civil Stalking Protection Order filed against him by me

that is valid until July 2025. The Defendant is prevented from mentioning me on social

media or having any contact with me because he is an employee of Larry D. Reid who I am

involved in a mediation agreement with in another Federal Civil lawsuit in this District.

Augustus has violated the CSPO and terms of the mediation agreement. I am petitioning

the court for an injunction banning the Defendant from social media for three years and the

permanent removal of all social media content about me. I seek compensatory damages for

the loss of employment with the City of East Cleveland. Furthermore, I seek punitive

damages for pain and suffering, mental anguish, slander, and defamation of my character.

The amount is greater than Seventy-five thousand dollars.

WHEREFORE, plaintiff, Darryl D. Moore, Sr., requests that the default of

defendant, Davyon Augustus, be noted and a certificate of default issued. I declare under penalty

of perjury that the foregoing is true and accurate to the best of my knowledge, information

and belief, that the amount claimed is justly due to plaintiff, and that no part thereof has

been paid.

Dated: By: __10/29/2024__

_____
Darryl. D. Moore, Sr., Pro Se