IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

Darryl D. Moore, Sr. )
_____ )
      Plaintiff )
 )
v. ) Affirmation of Service
 ) Civil Action No. CV-24-00923
 )
Davyon Augustus )
_____ )
      Defendant )

I, Darryl D. Moore, Sr., declare under penalty of perjury that I have served a copy of the attached Request for Entry of Default upon the Defendant by mailing it via certified mail to Davyon Augustus whose address is: 5322 Ridgeway Street Columbia, SC 29203

Dated: By: 10/29/2024

Darryl D. Moore, Sr., Pro Se