IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

Darryl D. Moore, Sr.  )
_____  )
      Plaintiff  )
                        )
v.                       )   Certificate of Default
                        )   Civil Action No. CV-24-00923
                        )
Davyon Augustus  )
_____  )
      Defendant  )

I, Sandy Opacich, Clerk of Court of the United States District Court for the Northern District of Ohio, do hereby certify that the defendant, Davyon Augustus, has not filed an answer or otherwise moved with respect to the complaint herein. The default of defendant, Davyon Augustus, is hereby noted pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Dated:                 , OHIO
                        , 20

                                    SANDY OPACICH, Clerk of Court


                                    By: _____
                                    Deputy Clerk