Darryl Moore
1977 E. 224th Street
Euclid, OH 44117




Retail

44113

RDC 99

U.S. POSTAGE PAID
FCM LG ENV
CLEVELAND, OH 44101
OCT 29, 2024

**$1.77**

S2324E503146-24

Office of the Clerk
U.S. District Court
Northern District of Ohio
Carl B. Stokes U.S. Courthouse
801 W. Superior Ave.
Cleveland, OH 44113-1830

CV3