UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| DARRYL D. MOORE, SR. | ) | CASE NO.   1:24-cv-00923 |
| Plaintiff, | ) | |
| v. | ) | JUDGE DAVID A. RUIZ |
| DAVYON AUGUSTUS, | ) | |
| Defendant. | ) | **ORDER** |

On November 6, 2024, *pro se* Plaintiff Darryl D. Moore, Sr. filed a request for Entry of Default by the Clerk pursuant to Federal Rule of Civil Procedure 55(a). (R. 8). To date, Plaintiff has not demonstrated proper service of summons and the complaint pursuant to Federal Rule of Civil Procedure 4(c) & (e), nor has he filed sufficient proof of service pursuant to Federal Rule of Civil Procedure 4(l). Therefore, Plaintiff's request for Entry of Default (R. 8) is DENIED.

**IT IS SO ORDERED.**

Dated: November 7, 2024

s/ *David A. Ruiz*
David A. Ruiz
United States District Judge