# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO

**FILED**

NOV 1 2 2024

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

Darryl D. Moore, Sr                    CIVIL CASE

vs.

NO.  1:24CV-923

Davyon Augustus

JUDGE  Ruiz

## PRAECIPE FOR ISSUANCE

☒    ORIGINAL SUMMONS

☐    ALIAS SUMMONS

☐    THIRD PARTY SUMMONS

☐    CERTIFICATE OF JUDGMENT LIEN UPON LANDS AND TENEMENTS §2329.02 ORC

☐    CERTIFICATE OF JUDGMENT FOR REGISTRATION IN ANOTHER DISTRICT

☐    WRIT OF EXECUTION

☐    OTHER (Please Specify)  _____

Document to be issued should be uploaded as an attachment to the Praecipe.

If service of summons will be done by certified or ordinary mail, see Local Rule  4.2.

Date:  | July 25, 2024 |          By:  | Darryl D. Moore, Sr. |

Attorney for | Pro Se |

revised 02/2009