**FILED**

8:20 am Nov 21 2024
**Clerk U.S. District Court**
**Northern District of Ohio**
**Cleveland**

November 2, 2024

Office of the Clerk
United States District Court
Northern District of Ohio
Carl B. Stokes United States Court House
801 West Superior Avenue
Cleveland, OH 44113-1830

RE: Moore v. Augustus **CASE NO.: 1:24-CV-00923**

Hello,

These are two mailings sent to the Defendant that he has intentionally refused in an attempt to avoid service. This is why I requested being granted permission to serve him documents via email. Please upload these to PACER as evidence.

Thank you,

Darryl D. Moore, Sr.
Pro Se