1977 East 224th Street
Euclid, OH 44117



9589 0710 5270 1169 7956 98


*Retail*

U.S. POSTAGE PAID
FCM LG ENV
CLEVELAND, OH 44101
MAY 28, 2024


29203

**$1.87**

RDC 99          S2324E503146-37


*Retail*

U.S. POSTAGE PAID
FCM LG ENV
CLEVELAND, OH 44101
MAY 28, 2024


29203

**$4.40**

RDC 99          S2324E503146-37

Dawyon Augustus
5322 Ridgeway Street
Columbia, SC 29203-3547

NIXIE      274  4C 1      0207/04/24
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

FROM:

Darryl Moore
1977 E. 224th Street
Euclid, OH 44117



9589 0710 5270 1540 6991 26

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

**CERTIFIED MAIL**

9589 0710 5270 1540 6991 26

*Retail*



U.S. POSTAGE PAID
FCM LG ENV
CLEVELAND, OH 44143
JUL 01, 2024

29203

**$6.75**

RDC 99                    S2323Y501504-14

TO:

Dowyon Augustus
5322 Ridgeway Street
Columbia, SC 29203

-R-T-S-  292032339-1N        10/21/24

RETURN  TO  SENDER
UNABLE  TO  FORWARD
UNABLE  TO  FORWARD
RETURN  TO  SENDER

LIV 7/13

**Utility Mailer**
**10 1/2" x 16"**

Ready**P**ost.

Office of the Clerk
U.S. District Court
Northern District of Ohio
Carl B. Stokes U.S. Courthouse
801 W. Superior Ave.
Cleveland, OH 44113-1830

9589 0710 5270 1446 2777 58

20 OCT 2024 PM

RDC 99

29203

U.S. POSTAGE PAID
FCM LETTER
CLEVELAND, OH 4410?
OCT 29, 2024
$5.58
S2324E503146.24

Davyon Augustus
5322 Ridgeway Street
Columbia SC 29203

NIXIE        296    4E  1            0111/07/24

RETURN TO SENDER
VACANT
UNABLE TO FORWARD

VAC     BC: 44113182999      *0773-00451-29-46